FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 JAN 30 PM 4: 23

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALLEN D. DOUGLAS

Defendant.

**8:09CR7**

**ORDER**

This matter is before the Court on the Defendant's Unopposed Oral Motion for Release.

IT IS ORDERED that:

1. The Defendant's Unopposed Oral Motion for Release is granted.

2. The Defendant shall be released from the U.S. Marshal's custody, on Thursday, January 30, 2020.

3. Defendant is released on the same terms and conditions as previously imposed in the Judgment and Commitment Order, Filing no. 49.

4. The final disposition hearing will be set by further order of the court.

Dated this 30th day of January 2020

BY THE COURT:

s/ Laurie Smith Camp
Laurie Smith Camp
Chief United States District Judge