## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALLEN D. DOUGLAS<br><br>　　　　　　　　Defendant. | 8:09CR7<br><br>ORDER |

The government has filed a Motion to Dismiss [Filing No. 77] the Amended Petition for Offender Under Supervision [Filing No. 55]. The motion will be granted.

IT IS ORDERED:

1. The Government's Motion to Dismiss [Filing No. 77] is granted; and

2. The Petition for Offender Under Supervision [Filing No. 55], filed herein, is dismissed, without prejudice.

Dated this 27th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge